**Order entered February 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00400-CR

**ALONZO LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0930892-T**

## ORDER

A review of page 43 of the clerk's record in this case reveals the second page of the "Plea Agreement (Motion to Revoke or Adjudicate)" is incorrect in that it is not signed by the defendant in cause number F-0930892-T and appears to be from another case.

Accordingly, on our own motion, we **ORDER** the Dallas County District Clerk to file within **FIFTEEN (15) DAYS** of the date of this order a supplemental clerk's record containing the complete and correct plea agreement on the motion to revoke or adjudicate in this case.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk.

/Robert M. Fillmore/

ROBERT M. FILLMORE
PRESIDING JUSTICE